UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA K. SANDERS,

    Plaintiff,                                      Case No. 22-cv-12025
                                                    Hon. Matthew F. Leitman

v.

WAYNE STATE UNIVERSITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order (1) Overruling Objections to Report and Recommendation; (2) Adopting Recommended Disposition of Report and Recommendation; (3) Dismissing Complaint Without Prejudice; and (4) Terminating All Other Pending Motions as Moot, dated January 30, 2024,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                                                       KINIKIA ESSIX
                                                                       CLERK OF COURT

                                                 By:    s/Holly A. Ryan
                                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 30, 2024
Detroit, Michigan